# EXHIBIT A

Jun 16, 2017 17:58:02

Pomerantz Law Firm Announces the Filing of a Class Action against Sky Solar Holdings, Ltd. and Certain Officers – SKYS

NEW YORK, June 16, 2017 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Sky Solar Holdings, Ltd. ("Sky Solar" or the "Company") (NASDAQ:SKYS) and certain of its officers.  The class action, filed in United States District Court, Southern District of New York, and docketed under 17-cv-04572, is on behalf of a class consisting of investors who purchased or otherwise acquired the American Depositary Shares ("ADSs") of Sky Solar: (1) pursuant and/or traceable to Sky Solar's false and misleading Registration Statement and Prospectus issued in connection with the Company's initial public offering completed on or about November 18, 2014 (the "IPO" or the "Offering"); and/or (2) on the open market between November 14, 2014 and June 12, 2017, both dates inclusive, seeking to recover compensable damages caused by Defendants' violations of the Securities Act of 1933 ("Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased Sky Solar securities you have until August 15, 2017 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.     To  discuss  this  action,  contact  Robert  S.  Willoughby  at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

**[Click here to join this class action]**

Sky Solar Holdings, Ltd., an independent power producer, develops, owns, and operates solar parks worldwide. The Company develops projects and generates and sells electricity in the downstream solar market. The Company also sells solar energy systems, including pipeline and related engineering, construction, and procurement services, and is involved in building and transferring solar parks. In addition, Sky Solar provides operating and maintenance services for solar parks; and sells solar modules.

On or about November 18, 2014, Sky Solar completed its IPO, issuing 6,353,750 ADSs and raising net proceeds of approximately $46.1 million.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Sky Solar's Code of Business Conduct and Ethics, and the code's enforcement by the Company's Board of Directors, were inadequate to detect and/or deter misconduct by Sky Solar's officers and directors; (ii) consequently, Sky Solar's founder Weili Su ("Su") was involved in undisclosed misconduct during his tenure at the Company; and (iii) as a result of the foregoing, Sky Solar's public statements were materially false and misleading at all relevant times.

On June 6, 2017, shortly before the markets closed, Sky Solar announced that Su would "no longer serve as the Company's Chief Executive Officer, or as director, officer, manager, legal representative or in any other management position of the Company's subsidiaries or any other consolidated entities."

On this news, the Company's ADS price fell $0.02, or 1.06%, to close at $1.87 on June 7, 2017, the following trading day.

On June 13, 2017, Sky Solar revealed that the Company's Management Committee plans to recommend that the board of directors form a committee to investigate Su's conduct during his tenure as Sky Solar's CEO.

Following this news, Sky's ADSs temporarily ceased trading.  When trading resumed, on June 15, 2017, Sky's ADS price fell $0.19, or 10.35%, to close at $1.66 on June 15, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm

pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com

-0- Jun/16/2017 21:58 GMT