# EXHIBIT B

# PLAINTIFF CERTIFICATION
# UNDER THE FEDERAL SECURITIES LAWS

I, Ronald Pena, hereby state:

1. I have reviewed the complaint, *Barilli v. Sky Solar Holdings, Ltd.*, 17-cv-4572 (S.D.N.Y.) against Sky Solar Holdings, Ltd. ("Sky Solar") and certain of its officers and have authorized Wolf Popper LLP to file a Lead Plaintiff motion in that action or any related actions on my behalf.

2. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

3. The following includes all of my transactions in securities of Sky Solar during the Class Period set forth in the *Barilli* complaint:

SEE ATTACHED

4. I did not purchase these Sky Solar securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

5. During the three-year period preceding the date of signing this certification, I have not sought to serve, and have not served, as a representative on behalf of a class in any private action arising under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of the Class except to receive a pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses, including lost wages relating to the representation of the Class.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __/__ day of August, 2017

By: _____
    Ronald Pena

Sky Solar Holdings, Ltd.
List of Purchases and Sales
Account #1

| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE | TOTAL TRADE VALUE |
|---|---|---|---|---|
| 4/4/16 | Purchase | 1,347 | $5.60 | $7,543 |
| 8/11/16 | Sale | 100 | $2.76 | $276 |
| 8/11/16 | Sale | 100 | $2.76 | $276 |
| 8/11/16 | Sale | 1 | $2.76 | $2.76 |
| 8/12/16 | Sale | 14 | $2.76 | $38.64 |
| 8/12/16 | Sale | 1,132 | $2.76 | $3,124 |
| 9/8/16 | Purchase | 2,763 | $3.80 | $10,450 |

Sky Solar Holdings, Ltd.
List of Purchases and Sales
Account #2

| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE | TOTAL TRADE VALUE |
|---|---|---|---|---|
| 4/4/16 | Purchase | 47,161 | $5.85 | $275,892 |
| 8/17/16 | Sale | 47,161 | $4.20 | $198,076 |
| 9/7/16 | Purchase | 971 | $3.07 | $2,981 |
| 9/8/16 | Purchase | 50,026 | $3.80 | $190,099 |
| 9/8/16 | Purchase | 1,469 | $3.40 | $4,995 |