## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ANDREW BARILLI, Individually and on )
Behalf of All Others Similarly Situated, )    **NO. 17-CV-4572 (LTS)**
       )
       Plaintiff, )
       )
vs. )
       )
SKY SOLAR HOLDINGS, LTD., WEILI )
SU, AND JIANMIN WANG, )
       )
       Defendants. )
       )

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/8/17 |

## ~~[PROPOSED]~~ ORDER APPOINTING LEAD PLAINTIFF
## AND APPROVING SELECTION OF COUNSEL

WHEREAS, in accordance with the provisions of §27(a)(3)(A)(i) of the Exchange Act of 1933 (the "Exchange Act"), 15 U.S.C. §77z-1(a)(3)(A)(i), and §21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 ("Securities Exchange Act"), 15 U.S.C. §78u-4(a)(3)(A)(i), both as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), notice of the lead plaintiff deadline was published in *Globe Newswire*, a widely circulated national business-oriented wire service, advising Class members of the pendency of the class action, the claims asserted therein, the purported class period, and their right to move this Court to be appointed lead plaintiff;

WHEREAS, pursuant to Section 27 of the Exchange Act and Section 21D of the Securities Exchange Act, any purported Class member who desired to be appointed Lead Plaintiff was required to file a motion for such appointment on or about August 15, 2017;

WHEREAS, on August 15, 2017, movants Ronald Peña ("Peña"); Edgar Acosta and Raphael Domingo ("Acosta and Domingo"); Joseph Lobo ("Lobo"); Dr. Gordon E. Besse

("Besse"); and Perry Lasky and Douglas Milton ("Lasky and Milton"), filed timely respective motions for appointment as lead plaintiff and approval of selection of counsel;

WHEREAS, on August 22, 2017 and August 24, 2017, movants Acosta and Domingo; Lasky and Milton; Besse; and Lobo filed respective notices of withdrawal or notices of non-opposition;

WHEREAS, Peña's motion is unopposed;

**IT IS HEREBY ORDERED THAT:**

1.    The motion by Peña is **GRANTED**.

2.    Peña is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Exchange Act, 15 U.S.C. §77z-1(a)(3)(B), and 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.    Peña's selection of Lead Counsel is **APPROVED**, and Wolf Popper LLP is **APPOINTED** as Lead Counsel for the Class.

4.    Lead Plaintiff shall file his consolidated amended complaint within 60 days after the entry of this Order.

**IT IS SO ORDERED.**

DATED:  _9/8/17_

_Debra Freeman_
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**

(This resolves Dkts. 9, 12, 15, 18, and 21.)

2