**WOLF POPPER LLP**

| NEW YORK | HOUSTON | PUERTO RICO | WEB |
|---|---|---|---|
| 845 Third Avenue<br>New York, NY 10022<br>(212) 759-4600 | 2929 Allen Parkway<br>Suite 200<br>Houston, TX 77019<br>(713) 522-4529 | 654 Plaza, Suite 1001<br>654 Muñoz Rivera Ave<br>San Juan, PR 00918<br>(787) 522-0200 | wolfpopper.com |

DIRECT DIAL: 212.451.9620
EMAIL: rfinkel@wolfpopper.com

November 8, 2017

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10017-1312

    Re: *Barilli v. Sky Solar Holdings, Ltd. et al.*, 17-cv-4572-LTS-DCF

Dear Judge Swain,

    My firm represents Lead Plaintiff Ronald Peña in the above matter.

    On November 7, 2017, we filed the Consolidated Amended Class Action Complaint (Dkt No. 30) (the "Amended Complaint") on the Court's ECF system. On November 8, 2017, I received a "Notice to Attorney Regarding Deficient Pleading," advising that the filing was deficient as the "All Defendant radio button was selected." We intend to re-file the Amended Complaint today.

    The Amended Complaint was filed on the due date, but we were advised that the ECF system would reject the Amended Complaint as untimely, when we re-file today, unless prior permission from Chambers is obtained.

    Accordingly, we respectfully request that Your Honor grant us permission to re-file the Amended Complaint.

                                         Respectfully submitted,

                                         Robert C. Finkel

RCF:rd