**AFFIDAVIT OF SERVICE**

INDEX #: **17-CV-4572 (LTS)**  JOB #: **2017002097**
DATE FILED: **11/9/2017**
ATTORNEY: **WOLF POPPER LLP**
845 3RD AVENUE NEW YORK NY 10022 (212)759-4600

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ANDREW BARILLI AND RONALD PENA, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
Plaintiff(s)
- against -
SKY SOLAR HOLDINGS, LTD., ET AL.,
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:   ss:

MEG LO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **11/14/2017, 03:36PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION, CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND INDIVIDUAL RULES OF JUDGE SWAIN AND MAGISTRATE FREEMAN** upon **NORTHLAND SECURITIES, INC.**, a defendant in the above captioned matter.

Deponent served **NANCY DOUGHERTY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **60**   Approximate height **5'03"**   Approximate weight **123**   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 11/15/2017
LAURA VELLA  NO. 01VE6270563
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SARATOGA COUNTY
COMMISSION EXPIRES OCTOBER 22, 2020

X _____
MEG LO

ACTION SUBPOENA INC.
30 SOUTH BROADWAY SUITE #602 YONKERS, NY 10701 (914)963-1941