**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
                                                         :
ANDREW BARILLI AND RONALD PENA,                          :
Individually and on Behalf of all Others                    Case No. 1:17-cv-04572 (LTS) (DCF)
Similarly Situated                                       :
                                                         :
          Plaintiffs,                                       **NOTICE OF APPEARANCE**
                                                         :
     v.                                                  :
                                                         :
SKY SOLAR HOLDINGS, LTD. WEILI SU,                       :
JIANMIN WANG, YI ZHANG, XIAOGUANG                        :
DUAN, HAO WU, DONGLIANG LIN, ROTH
CAPITAL PARTNERS, LLC, AND                               :
NORTHLAND SECURITIES, INC.
                                                         :
          Defendants.
                                                         :
-------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

      Please enter the appearance of the undersigned as counsel for Defendant Northland Securities, Inc. in this action.  I certify that I am admitted to practice in this court.  In entering this appearance, Defendant expressly reserves all defenses.

Dated: New York, New York
       December 8, 2017

                                                  **DLA PIPER LLP (US)**

                                                /s/ Caryn G. Schechtman
                                               Caryn G. Schechtman
                                               1251 Avenue of the Americas
                                               New York, New York 10020-1104
                                               Phone: 212-335-4500
                                               Fax:   212-335-4501
                                               caryn.schechtman@dlapiper.com

                                               *Attorneys for Defendant Northland Securities, Inc.*