**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANDREW BARILLI and RONALD PENA,
Individually and on Behalf of All Others Similarly
Situated,

                      Plaintiffs,

      -against-                                   17 **CIVIL** 4572 (LTS) (DCF)

                                                                  **JUDGMENT**

SKY SOLAR HOLDINGS, LTD., WEILI SU,
JIANMIN WANG, YI ZHANG, XIAOGUANG
DUAN, HAO WU, DONGLIANG LIN, ROTH
CAPITAL PARTNERS, LLC, and NORTHLAND
SECURITIES, INC.,

                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated June 1, 2020, Plaintiffs' motion to

amend the Second Amended Complaint is denied in its entirety; the Second Amended Complaint,

and the case is dismissed; accordingly, this case is closed.

**Dated:**  New York, New York
        June 3, 2020


                                            **RUBY J. KRAJICK**
                                   _____
                                            Clerk of Court
                **BY:**
                                            Deputy Clerk